UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| SEUNG KIM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BATS GLOBAL MARKETS, INC., CHRIS CONCANNON, JOSEPH RATTERMAN, ALAN H. FREUDENSTEIN, ROBERT W. JONES, JAMIL NAZARALI, JOHN MCCARTHY, CHRIS MITCHELL, FRANK REARDON, and MICHAEL RICHTER,<br><br>Defendants. | Case No. 2:16-cv-02817-DDC-KGG |

**STIPULATION TO WITHDRAW PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION AS MOOT**

WHEREAS, On September 26, 2016, Bats Global Markets, Inc. ("Bats" or the "Company") announced that it had entered into a definitive merger agreement (the "Merger Agreement"), pursuant to which CBOE Holdings, Inc. ("CBOE"), CBOE Corporation ("Merger Sub") and CBOE V, LLC ("Merger LLC") will acquire Bats (the "Proposed Transaction");

WHEREAS, on December 12, 2016, Bats filed its Definitive Proxy Statement (the "Proxy Statement") with the Securities and Exchange Commission ("SEC") in support of the Proposed Transaction;

WHEREAS, on December 21, 2016, Plaintiff Seung Kim, a shareholder of Bats, filed a Class Action Complaint in the above captioned action (the "Action") alleging Defendants violated Sections 14(a) and 20(a) of the Securities Exchange Act of 1934 and Rule 14a-9 promulgated thereunder (the "Exchange Act") by causing the allegedly materially incomplete and misleading Proxy Statement to be filed;

#89231493v2

WHEREAS, on December 23, 2016, Plaintiff in the Action filed a motion for temporary restraining order and preliminary injunction to enjoin the shareholder vote on the Proposed Merger unless and until Defendants cured their alleged Exchange Act violations (the "Motion for PI");

WHEREAS, on December 29, 2016, the Court set a hearing on the Motion for PI on January 9, 2107 and the parties agreed on a briefing schedule for Defendants to file their opposition on January 5, 2017 and Plaintiff to file his reply on January 6, 2017;

WHEREAS, subsequent to the filing of the Motion for PI, counsel for the parties have engaged in arm's length negotiations to attempt to resolve the claims raised in the Action and Motion for PI;

WHEREAS, on January 4, 2017, the parties agreed on categories of disclosures the Company would provide to moot the Motion for PI (the "Supplemental Disclosures");

WHEREAS, Defendants will make the Supplemental Disclosures on or before January 6, 2017;

WHEREAS, the Supplemental Disclosures will moot the disclosure claims asserted in the Action, including the Motion for PI;

NOW THEREFORE, pursuant to the stipulations of the parties, **IT IS HEREBY ORDERED**:

Plaintiff's Motion for PI is hereby withdrawn;

Plaintiff and Defendants are no longer required to file any briefs agreed between the parties and the January 9, 2017 hearing is hereby vacated.

*per the parties' stipulation, approved*

_____
**Honorable Judge Daniel Crabtree**

2

#89231493v2

**AGREED BY:**

Dated: January 5, 2017                                Respectfully submitted,

                                                                          **GATES SHIELDS FERGUSON HAMMOND, P.A.**

                                                                          By:/s/ *Thomas E. Hammond, II*

**OF COUNSEL**                                Thomas E. Hammond, II, KS Bar No. 23312

**MONTEVERDE & ASSOCIATES PC**                10990 Quivira, Suite 200
Juan E. Monteverde                            Overland Park, KS 66210
The Empire State Building                     thammond@gsfhlegal.com
350 Fifth Avenue, 59th Floor                  Tel.: (913) 661-02222
New York, NY 10118                            Fax: (913) 491-6398
Tel: (212) 971-1341
E-mail: jmonteverde@monteverdelaw.com         *Attorneys for Plaintiff*

*Attorneys for Plaintiff*

**OF COUNSEL**
                                                                          **MORRIS, LAING, EVANS, BROCK & KENNEDY, CHTD.**
**DAVIS POLK & WARDWELL LLP**
Lawrence Portnoy                              By:/s/ *Roger N. Walter*
Jason M. Spitalnick                           Roger N. Walter, KS Bar No. 08620
David J. Robles                               800 S.W. Jackson, Suite 1310
450 Lexington Avenue                          Topeka, KS 66612
New York, NY 10017                            rwalter@morrislaing.com
Tel: (212) 450-4874                           Tel.: (785) 232-2262
E-mail: lawrence.portnoy@davispolk.com        Fax: (785) 232-9983

#89231493v2