UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| SEUNG KIM, Individually and on Behalf of All Others Similarly Situated, )<br><br>Plaintiff, )<br>v. )<br>)<br>BATS GLOBAL MARKETS, INC., CHRIS )<br>CONCANNON, JOSEPH RATTERMAN, )<br>ALAN H. FREUDENSTEIN, ROBERT W. )<br>JONES, JAMIL NAZARALI, JOHN )<br>MCCARTHY, CHRIS MITCHELL, )<br>FRANK REARDON, and MICHAEL )<br>RICHTER, )<br>)<br>Defendants. ) | Case No. 16-cv-02817-DDC-KGG |

## STIPULATED ORDER DISMISSING ACTION

WHEREAS, on September 26, 2016, Bats Global Markets, Inc. ("Bats" or the "Company") announced that it had entered into a definitive merger agreement (the "Merger Agreement"), pursuant to which CBOE Holdings, Inc. ("CBOE"), CBOE Corporation ("Merger Sub") and CBOE V, LLC ("Merger LLC") will acquire Bats (the "Proposed Transaction");

WHEREAS, on December 12, 2016, Bats filed its Definitive Proxy Statement (the "Proxy Statement") with the Securities and Exchange Commission ("SEC") in support of the Proposed Transaction;

WHEREAS, on December 21, 2016, Plaintiff Seung Kim, a shareholder of Bats, filed a Class Action Complaint in the above captioned action (the "Action") alleging Defendants violated Sections 14(a) and 20(a) of the Securities Exchange Act of 1934 and Rule 14a-9 promulgated thereunder (the "Exchange Act") by causing the allegedly materially incomplete and misleading Proxy Statement to be filed;

WHEREAS, on December 23, 2016, Plaintiff in the Action filed a motion for temporary restraining order and preliminary injunction to enjoin the shareholder vote on the Proposed Merger unless and until Defendants cured their alleged Exchange Act violations (the "Motion for PI");

WHEREAS, on December 29, 2016, the Court set a hearing on the Motion for PI on January 9, 2017 and the parties agreed on a briefing schedule for Defendants to file their opposition on January 5, 2017 and Plaintiff to file his reply on January 6, 2017;

WHEREAS, subsequent to the filing of the Motion for PI, counsel for the parties have engaged in arm's length negotiations to attempt to resolve the claims raised in the Action and Motion for PI;

WHEREAS, on January 4, 2017, the parties agreed on categories of disclosures the Company would provide to moot the Motion for PI and the allegations in the Class Action Complaint (the "Supplemental Disclosures");

WHEREAS, on January 6, 2017 Bats filed a Form 8-K with the SEC, providing the Supplemental Disclosures to the Proxy;

WHEREAS, Plaintiff believes that the Supplemental Disclosures contained in Bats' January 6, 2017 Form 8-K addressed Plaintiff's allegations and claims in the Class Action Complaint;

WHEREAS, Plaintiff and Defendants have reached an agreement with respect to the payment of attorneys' fees and expenses based on the benefits Plaintiff claims were provided by the Supplemental Disclosures set forth in Bats' January 6, 2017 Form 8-K, and Defendants have agreed to provide Plaintiff with a single payment of $350,000 in attorneys' fees and expenses;

WHEREAS, based on the proceedings to date, Plaintiff has determined that certain claims asserted in this Action have been mooted and the remaining claims are so unlikely to be successful as to warrant dismissal;

WHEREAS, Defendants deny the allegations in the Action and expressly maintain that they acted diligently and scrupulously, and complied with all applicable fiduciary, disclosure, and other legal duties;

WHEREAS, it is the intention of counsel for Plaintiff in this Action to dismiss the Action with prejudice as to Plaintiff;

WHEREAS, no class has been certified in the Action;

NOW, THEREFORE, subject to the approval of the Court, Plaintiff and Defendants, by and through their counsel, stipulate and agree as follows:

1. The Action shall be dismissed, and the claims asserted therein shall be dismissed with prejudice as to Plaintiff.

**IT IS SO ORDERED.**

**Dated this 13th day of January, 2017.**

<u>s/ Daniel D. Crabtree</u>
**Daniel D. Crabtree**
**United States District Judge**

**AGREED BY:**
Dated: January 9, 2017                              Respectfully submitted,

**OF COUNSEL**

**GATES SHIELDS FERGUSON HAMMOND, P.A.**

**MONTEVERDE & ASSOCIATES PC**                     By:/s/ *Thomas E. Hammond, II*
Juan E. Monteverde                                  Thomas E. Hammond, II, KS Bar No. 23312
The Empire State Building                           10990 Quivira, Suite 200
350 Fifth Avenue, 59th Floor                        Overland Park, KS 66210
New York, NY 10118                                  thammond@gsfhlegal.com
Tel: (212) 971-1341                                 Tel.: (913) 661-02222
E-mail: jmonteverde@monteverdelaw.com               Fax: (913) 491-6398

*Attorneys for Plaintiff*                           *Attorneys for Plaintiff*

**OF COUNSEL**

**DAVIS POLK & WARDWELL LLP**
Lawrence Portnoy
Jason M. Spitalnick
David J. Robles
450 Lexington Avenue
New York, NY 10017
Tel: (212) 450-4874
E-mail: lawrence.portnoy@davispolk.com

**MORRIS, LAING, EVANS, BROCK & KENNEDY, CHTD.**
By:/s/ *Roger N. Walter*
Roger N. Walter, KS Bar No. 08620
800 S.W. Jackson, Suite 1310
Topeka, KS 66612
rwalter@morrislaing.com
Tel.: (785) 232-2262
Fax: (785) 232-9983